UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ANTHONY MARK CLARK | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 3:08-0115 |
| | ) JUDGE HAYNES |
| ROLAND COLSON, WARDEN | ) |
| Respondent. | ) |

*[Handwritten annotation: GRANTED. This motion is GRANTED. An answer shall be filed within 5 days of this Order. /s/ 9-13-10]*

## MOTION FOR ORDER REQUIRING RESPONDENT TO ANSWER

Pursuant to Rule 4 of the Rules Governing Section 2254 Cases In The United States District Courts, habeas corpus petitioner Anthony Mark Clark respectfully requests that this Court order Respondent to Answer or otherwise respond to his Amended Petition For Writ Of Habeas Corpus. In support thereof, Mr. Clark shows:

1. On February 2, 2008, Mr. Clark filed *pro se* a Petition For Writ Of Habeas Corpus. (D.E. 1).

2. This Court (1) appointed the Office of the Federal Public Defender (FPD) to represent Mr. Clark (D.E. 4); and (2) ordered Respondent to Answer Mr. Clark's *pro se* Petition. (D.E. 7).

3. Respondent moved this Court to dismiss the *pro se* Petition (D.E. 12, 13), and Mr. Clark responded to Respondent's motion. (D.E. 14).