IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ANTHONY MARK CLARK, | ) | |
|---|---|---|
| Petitioner, | ) | NO. 3:08-0115 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| JENNIE JOBE, | ) | |
| Respondent. | ) | |

# ORDER

In accordance with the Memorandum filed herewith, the petition for writ for habeas corpus is **DENIED**. The Court **GRANTS** a Certificate of Appealability on Petitioner's ineffective assistance of counsel and involuntary plea claims.

It is so **ORDERED**.

**ENTERED** this the ___17th___ day of December, 2010.

WILLIAM J. HAYNES, JR
United States District Judge